IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ONLINE NEWS LINK LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00680 |
| | § | |
| DELL INC., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF AND DEFENDANT DELL INC.

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Online News Link, LLC ("Plaintiff" or "Online News") and Defendant Dell Inc. ("Dell") hereby stipulate to Plaintiff's dismissal with prejudice of the claims asserted by Online News against Dell, with each party to bear its own costs and fees.

SO STIPULATED on October 31, 2013:

| | |
|---|---|
| By: /s/ Jay D. Ellwanger<br>Jay D. Ellwanger<br>Texas State Bar No. 24036522<br>Stefanie T. Scott<br>Texas State Bar No. 24061617<br>**DiNovo Price Ellwanger & Hardy LLP**<br>7000 North MoPac Expressway, Ste. 350<br>Austin, Texas  78731<br>(512) 539-2626 (phone)<br>(512) 539-2627 (fax)<br>jellwanger@dpelaw.com<br>sscott@dpelaw.com<br><br>**ATTORNEYS FOR PLAINTIFF ONLINE NEWS LINK, LLC** | By: /s/ Allyson Franco Deraps<br>Allyson Franco Deraps<br>Farella Braun Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>(415) 954-4431<br>Fax: (415) 954-4480<br>Email: aderaps@fbm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**ATTORNEYS FOR DEFENDANT DELL INC.** |

1

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(1). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Fed. R. Civ. P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 31th day of October, 2013.

                                                                         /s/ Jay D. Ellwanger
                                                                       Jay D. Ellwanger